Carl A. BOEDER, Relator,

v.

MINNESOTA DEPARTMENT OF NATURAL RESOURCES, Self–Insured, Respondent,

and

Minnesota Department of Employment and Economic Development, Intervenor.

No. A03–1259.

Supreme Court of Minnesota.

Nov. 26, 2003.

John W. Person, Brainerd, for Relator's Attorney.

James A. Froeber, Safety & Workers' Comp. Div. St. Paul, for Respondent's Attorney.

Joan LANGLOIS, Relator,

v.

UNIVERSITY OF MINNESOTA, Self–Insured, Respondent,

and

Ruth Ryan, Relator,

v.

University of Minnesota, Self–Insured, Respondent.

No. A03–1268.

Supreme Court of Minnesota.

Dec. 1, 2003.

Dean Michael Salita, Minneapolis, Attorney for Langlois, Joan: Relator/Ryan, Ruth: Relator.

Peter J Pustorino, Pustorino, Pederson, Tilton, and Jeffrey James Lindquist, Minneapolis, Attorneys for University of Minnesota, Respondent.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed August 7, 2003, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01.

BY THE COURT:

/s/Kathleen A. Blatz
Chief Justice.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed August 6, 2003, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01.

BY THE COURT:

/s/Sam Hanson
Associate Justice

PAGE, J., took no part in the consideration or decision of this case.